■ In the Matter of HERMAN SHULMAN, Respondent-Appellant, against REX SPECIALTY BAG CORPORATION et al., Appellants-Respondents.— In a proceeding pursuant to article 78 of the Civil Practice Act for an inspection of corporate books and records, the cross appeals are from an order referring the matter to an Official Referee to hear and determine the purpose for which the inspection is sought. Appeals dismissed, without costs. The order is not appealable as a matter of right. (Civ. Prac. Act, § 1304; *Matter of Cohen* v. *Cocoline Prods.*, 3 A D 2d 711.) Leave to appeal may be granted only by the court making the order (*Matter of Clark* v. *Burke*, 268 App. Div. 864). Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ In the Matter of WILLIAM WEERS, on Behalf of Himself and Others Similarly Situated, Appellant, against ALPHA R. WHITON et al., Constituting the Board of Supervisors of the County of Putnam, Respondents.— In a proceeding by a taxpayer to review the determination of the Board of Supervisors of the County of Putnam in adopting a local law with respect to permanent personal registration, the appeal is from an order denying the application. Order unanimously affirmed, without costs. Except as provided by statute, an article 78 proceeding is not available to review a legislative function. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.